DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB C. JACKSON,**
Appellant,

v.

**U.S. BANK, N.A.,** et al.,
Appellees.

No. 4D16-2856

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 10021073 (11).

Chase E. Jenkins of Loan Lawyers, LLC, Fort Lauderdale, and Jacob C. Jackson of Law Offices of Jacob C. Jackson, P.A., Pompano Beach, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee U.S. Bank, N.A.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***